BRETT L. TOLMAN, United States Attorney (#8821)
MARK K. VINCENT, Assistant United States Attorney (#5357)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT
2008 NOV -5  P 12: 02
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | INDICTMENT |
| TODD LOURENS LEEFLANG, | VIO: 18 U.S.C. § 2422(b), Coercion and Enticement For Illegal Sexual Activity; and 18 U.S.C. § 2428, Criminal Forfeiture. |
| Defendant. | |

Case: 2:08-cr-00748
Assigned To : Stewart, Ted
Assign. Date : 11/5/2008
Description: USA v.

The Grand Jury charges:

### COUNT I
(18 U.S.C. § 2422(b))

On or about October 23, 2008, in the Central Division of the District of Utah,

TODD LOURENS LEEFLANG,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

1

commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

## NOTICE OF INTENT TO SEEK FORFEITURE

As a result of committing the felony offense alleged in Count I of this Indictment, which is punishable by imprisonment for more than one year, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428 for Count I any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said felony offense and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of the violation of Title 18, United States Code, Section 2422(b) and any property traceable thereto; including but not limited to: a Dell Studio laptop computer (serial number 34218930133).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

MARK K. VINCENT
Assistant United States Attorney

2